JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HARRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>GOSH ENTERPRISES, INC.,<br>et al.,<br><br>    Defendant. | Case No. 8:25-CV-00230 DFM<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

   Plaintiff filed a Notice of Settlement [Dkt. 15], indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in this case stayed pending final settlement.

   It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause within **thirty (30) days**, to reopen the action if settlement is not consummated.

   The parties shall file a stipulation for dismissal no later than **May 15, 2025**. If no dismissal is filed, the Court deems the matter dismissed at that time.

The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

Dated:  April 15, 2025

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

2